# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10742

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

HENRY MARTIN STEIGER,
a.k.a. Henry Matthew Steiger,
a.k.a. H M Steiger,
a.k.a. Robert Woods,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:17-cr-00043-RV-2

2                        Order of the Court                        22-10742

_____

BEFORE WILLIAM PRYOR, CHIEF JUDGE, WILSON, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT LUCK, LAGOA, BRASHER AND ABUDU, CIRCUIT JUDGES.

BY THE COURT:

A judge of this Court having requested a poll on whether this appeal should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor, the Court sua sponte ORDERS that this appeal will be reheard en banc. The panel's opinion is VACATED.